William J. Hughes, Jr.
Cooper Levenson April Niedelman & Wagenheim, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ  08401
609-572-7512
whughes@cooperlevenson.com
Counsel to Alexander Kondratiev

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Civil No. 2:08-cr-483(SDW) |
| LIOUBOV KONDRADEVA, and ALEXANDER KONDRATIEV | : | |
| | : | **ORDER** |

This matter having been raised in open Court by William J. Hughes Jr., Esq., counsel to Defendant Alexander Kondratiev, for an Order Modifying the Conditions of Bail, and the Government, by and through Assistant U.S. Attorney Harvey Bartle, IV, having no objection to entry of such Order, and for good cause shown;

It is on the 10th day of October, 2008:

ORDERED that Defendant Alexander Kondratiev's bail be and hereby is modified to permit travel from the District of New Jersey to New York at the discretion and with the permission of Pre-Trial Services.

Hon. Susan D. Wigenton
District Court Judge
District of New Jersey

CLAC; 267035.1