William J. Hughes, Jr.
Cooper Levenson April Niedelman & Wagenheim, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ  08401
609-572-7512
whughes@cooperlevenson.com
Counsel to Alexander Kondratiev

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 2:08-cr-483(SDW) |
| | : | |
| ALEXANDER KONDRATIEV | | |
| | : | **ORDER** |

This matter having been brought before the Court on the request of the Defendant (by and through William J. Hughes Jr., Esq., appearing) for an Order Modifying the Conditions of Bail, and the Government (by and through Assistant U.S. Attorney Harvey Bartle, IV), having no objection to entry of such Order; and the Court having been informed that Pretrial Services does not object to the entry of the Order and for good cause shown;

It is on the ___18th___ day of ___December___ 2009:

ORDERED that Defendant Alexander Kondratiev's bail be and hereby is modified to permit Pre Trial Services, at its sole discretion and in consultation with the United States Attorney's Office, to remove the Defendant from electronic monitoring from December 21, 2009 to January 21, 2009 for such time or times that it deems reasonable.

IT IS FURTHER ORDERED that, between December 24, 2009 to January 9, 2010, Defendant Alexander Kondratiev's bail be and hereby is modified to permit the Defendant to travel outside the District of New Jersey to the District of Vermont to temporarily stay at a location within the District of Vermont with the prior approval of Pre Trial Services (in consultation with the U.S. Attorney's Office) and under any such terms and conditions that Pre Trial Services deems necessary.

IT IS FURTHER ORDERED that, between December 21, 2009 to January 21, 2010, Alexander Kondratiev's bail be and hereby is modified to permit the Defendant to travel within the District of New Jersey and to the Eastern District of Pennsylvania and/or the Southern District of New York, with the prior approval of Pre Trial Services (in consultation with the U.S. Attorney's Office) and under any such terms and conditions that Pre Trial Services deems necessary.

IT IS FURTHER ORDERED that after January 21, 2010, these modifications shall no longer be in effect and that this Court's prior Orders establishing the conditions of home confinement with electronic monitoring and travel restrictions shall govern.

Hon. Susan D. Wigenton
District Court Judge
District of New Jersey