William J. Hughes, Jr.
Cooper Levenson April Niedelman & Wagenheim, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ 08401
609-572-7512
whughes@cooperlevenson.com
Counsel to Alexander Kondratiev

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Susan D. Wigenton

v. : Docket No. 08-cr-483(SDW)

ALEXANDER KONDRATIEV :

**ORDER**

This matter having been raised by William J. Hughes Jr., Esq., counsel to Defendant Alexander Kondratiev, for an Order Modifying the Conditions of Bail, and the Government, by and through Assistant U.S. Attorney Harvey Bartle, IV, having no objection to entry of such Order; and the Court being aware that the Defendant has posted $100,000 cash in this Court to secure his release; and the Court being aware that the Court's records have erroneously listed his counsel, William J. Hughes, Jr. as a surety for his client's release; and for good cause shown;

It is on the 21st day of December, 2009:

ORDERED that William J. Hughes, Jr. shall be stricken as a surety for the Order of Release for Defendant Alexander Kondratiev.

IT IS FURTHER ORDERED that the remaining terms and conditions of the Defendant's release shall remain in full force and effect until further Order of this Court.

_____
Hon. Susan D. Wigenton
District Court Judge
District of New Jersey

Stipulated and agreed to by:

_____
AUSA Harvey Bartle IV
Counsel to the Government

_____
William J. Hughes, Jr.
Counsel to the Defendant

CLAC: 402302.1