William J. Hughes, Jr.
Cooper Levenson April Niedelman & Wagenheim, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ 08401
609-572-7512
whughes@cooperlevenson.com
Counsel to Alexander Kondratiev

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 2:08-cr-483(SDW) |
| | : | |
| ALEXANDER KONDRATIEV | : | **ORDER** |

This matter having been brought before the Court on the request of the Defendant (by and through William J. Hughes Jr., Esq., appearing) for an Order Modifying the Conditions of Bail, and the Government (by and through Assistant U.S. Attorney Harvey Bartle, IV), having no objection to entry of such Order; and the Court having been informed that Pretrial Services does not object to the entry of the Order and for good cause shown;

It is on the 17th day of March, 2010:

ORDERED that Defendant Alexander Kondratiev's bail be and hereby is modified to permit Pre Trial Services, at its sole discretion and in consultation with the United States Attorney's Office, to establish a curfew schedule which will allow the defendant to leave his residence for an established period or periods of time or times.

IT IS FURTHER ORDERED that this Court's prior Orders establishing the conditions of electronic monitoring and travel restrictions shall remain in full force and effect.

Hon. Susan D. Wigenton
District Court Judge
District of New Jersey

Consented and agreed to by:

Harvey Bartle, IV
Assistant U.S. Attorney


William J. Hughes, Jr.
Counsel to the Defendant

CLAC, 429748.1