William J. Hughes, Jr.
Cooper Levenson April Niedelman & Wagenheim, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ  08401
609-572-7512
whughes@cooperlevenson.com
Counsel to Alexander Kondratiev

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :     Hon. Susan D. Wigenton

        v.                         :     Crim. No. 2:08-cr-483(SDW)

                               :

ALEXANDER KONDRATIEV

                               :        **ORDER**

      This matter having been brought before the Court on the request of the Defendant (by and through William J. Hughes Jr., Esq., appearing) for an Order Modifying the Conditions of Bail to permit the defendant to travel outside the District of New Jersey with his mother during her visit from April 1, 2011 until April 14, 2011; and the Government (by and through Assistant U.S. Attorney John E. Clabby), having no objection to entry of such Order; and the Court having been informed that Pretrial Services does not object to the entry of the Order; and for good cause shown,

      It is on the _____ day of _____, 2011:

      ORDERED that Defendant Alexander Kondratiev's bail be and hereby is modified to permit Pre Trial Services, at its discretion and in consultation with the United States Attorney's

Office, to permit the defendant to travel outside the District of New Jersey to such place or places as pre-approved by Pretrial services from April 1, 2011 through and including April 14, 2011.

IT IS FURTHER ORDERED that after April 14, 2011, all travel restrictions previously ordered shall be reinstated.

IT IS FURTHER ORDERED that this Court's prior Orders establishing the conditions of electronic monitoring and travel restrictions shall remain in full force and effect.

Hon. Susan D. Wigenton
District Court Judge
District of New Jersey

Consented and agreed to by:

John E. Clabby
Assistant U.S. Attorney

William J. Hughes, Jr.
Counsel to the Defendant

CLAC: 538168.1