William J. Hughes, Jr.
Cooper Levenson April Niedelman & Wagenheim, P.A.
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ  08401
609-572-7512
whughes@cooperlevenson.com
Counsel to Alexander Kondratiev

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Susan D. Wigenton

            v.              :    Crim. No. 2:08-cr-483(SDW)

                            :

ALEXANDER KONDRATIEV

                            :    ORDER

This matter having been brought before the Court on the request of the Defendant (by and through William J. Hughes Jr., Esq., appearing) for an Order Modifying the Conditions of Bail, and the Government (by and through Assistant U.S. Attorney Harvey Bartle, IV), having stipulated to the entry of such Order; and the Court having been informed that Pretrial Services does not object to the entry of the Order and for good cause shown;

It is on the 23rd day of May, 2011:

ORDERED that Defendant Alexander Kondratiev's bail be and hereby is modified to eliminate the terms relating to home-confinement with electronic monitoring.

IT IS FURTHER ORDERED that Alex Kondratiev shall report to Pre-Trial Services at least once a week, and at the direction

and at the discretion of Pre-Trial Services (in consultation with the U.S. Attorney's Office), Pre-Trial Services my increase or eliminate this requirement.

IT IS FURTHER ORDERED that all other conditions of the defendant's release shall remain in effect.

_____
Hon. Susan D. Wigenton
District Court Judge
District of New Jersey

So stipulated by:

_____
HARVEY BARTLE IV

May 19, 2011
DATE

_____
WILLIAM J. HUGHES, JR.

MAy 23, 2011
DATE

CLAC; 597406.1